# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 391 EAL 2014
: 
                Respondent        :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.                    :
: 
: 
: 
STEVEN LAZAR,            :
: 
                Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.